KANSAS CITY FIRE AND MARINE INSURANCE COMPANY, a corporation, Appellant,

v.

Wayne A. CLARK, The Montana Power Company, a corporation, Lew Chevrolet Company, a corporation, and Clarence G. Madsen, Appellees.

No. 18905.

United States Court of Appeals
Ninth Circuit.

April 10, 1964.

David Livingston, San Francisco, Cal., for appellant.

J. H. McAlear, Red Lodge, Mont., for appellee Wayne A. Clark.

Lamey, Crowley, Kilbourne, Haughey & Hanson, Billings, Mont., for appellee Lew Chevrolet Co.

Jones & Olsen and Harlow Pease, Billings, Mont., for appellee Clarence G. Madsen.

Before ORR, HAMLEY and KOELSCH, Circuit Judges.

PER CURIAM.

The plaintiff appeals from a declaratory judgment construing the provisions with respect to the coverage of a liability policy it issued. Judge Jameson carefully considered all the issues and rendered an extended written opinion [217 F.Supp. 231], with which we fully agree. Accordingly, we adopt that opinion. The judgment is affirmed.

Willie Mae KING, Appellant,

v.

George Walter YATES, Appellee.

No. 20802.

United States Court of Appeals
Fifth Circuit.

April 14, 1964.

Ward Crutchfield, Chattanooga, Tenn., Nadine Pierce, Ringgold, Ga., for appellant.

J. Hamilton Cunningham, Chattanooga, Tenn., Wade C. Hoyt, Jr., Rome, Ga., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM.

No errors in the trial of the case appearing from the record on appeal, the judgment of the trial court is

Affirmed.